## Commonwealth *v.* Weir, Appellant.

Submitted April 15, 1975. *William E. Stockey,* for appellant; *Louis R. Paulick* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Williams, Appellant.

Submitted April 14, 1975. *Norman A. Levine,* Public Defender, for appellant; *Howard Klebe,* Assistant District Attorney, and *Donald E. Williams,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Yacoubian, Appellant.

Submitted June 16, 1975. *Frank J. Marcone,* for appellant; *John G. Siegle* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.